UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:23-CV-80630-DMM

TIMMIE LEE KNOX, JR.,

    Plaintiff(s),

vs.

RIC BRADSHAW, in his capacity as Sheriff of Palm Beach County, Florida, and DEPUTY SHERIFF DUSTIN SULLIVAN, individually,

    Defendant(s).
_____/

### NOTICE OF FILING PLAINTIFFS EXPERT REPORTS

**COMES NOW** the Plaintiff, TIMMIE LEE KNOX, JR., by and through the undersigned counsel, and hereby provides notice of filing the following Expert Reports:

1. Exhibit "A", Geoffrey P. Alpert, Ph.D.;
2. Exhibit "B", Darrin Porcher, Ed.D;
3. Exhibit "C', David Williams, Ph.D.;
4. Exhibit "D", Ronald E. Snyder, M.D.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and sent to: **RICHARD A. GIUFFREDA, Esquire**, Purdy, Jolly, Giuffreda, Barranco & Jisa, PA, 2544 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL  33304 *(richard@purdylaw.com and jennifer@purdylaw.com)* via electronic filing using the CM/ECF system with the Clerk of the

Court, which sends e-mail notification of such filing to all CM/ECF participants in this case as identified in the service list, this 1st day of April 2024.

                                               */s/ Rosalyn Sia Baker-Barnes*
**Rosalyn Sia Baker-Barnes**
Florida Bar No.: 327920
**John Scarola, Esquire**
Florida Bar No.: 169440
Attorney E-Mail: rsb@searcylaw.com *and* jsx@searcylaw.com
Primary E-Mail: _baker-barnesteam@searcylaw.com and _scarolateam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300 Work
Fax: (561) 383-9401
*Attorney for Plaintiff*