UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:23-CV-80630-Matthewman

**TIMMIE LEE KNOX, JR.**

       **Plaintiff,**

v.

**RIC BRADSHAW, in his capacity as Sheriff
of Palm Beach County, Florida, and DEPUTY
SHERIFF DUSTIN SULLIVAN, individually,**

       **Defendants.**
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, TIMMIE LEE KNOX, JR, and the Defendants, RIC BRADSHAW, individually and in his capacity as Sheriff of Palm Beach County, Florida (Palm Beach County Sheriff's Office/PBSO), and DEPUTY SHERIFF DUSTIN SULLIVAN, individually, and their respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, file this their Stipulation of Dismissal with Prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

      */s/Rosalyn Sia Baker-Barnes*
ROSALYN SIA BAKER-BARNES, ESQUIRE
Fla. Bar No.: 327920
JOHN SCAROLA, ESQUIRE
Fla. Bar No.: 169440
Searcy Denney Scarola Barnhart & Shipley, P.A.
Attorneys for Plaintiff
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Telephone (561) 686-6300
Email: *rsb@searcylaw.com, baker-barnesteam@searcylaw.com,*
    *jsx@searcylaw.com, scarolateam@searcylaw.com*

   */s/Richard Giuffreda*
RICHARD A. GIUFFREDA, ESQUIRE
Fla. Bar No.: 705233
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
Attorneys for Defendants
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone (954) 462-3200
*Email: richard@purdylaw.com and jennifer@purdylaw.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed a copy of the forgoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: **RICHARD A. GIUFFREDA, ESQUIRE**, 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, Florida 33304 [*richard@purdylaw.com and jennifer@purdylaw.com*], this 24th day of July 2024.

   */s/Rosalyn Sia Baker-Barnes*
ROSALYN SIA BAKER-BARNES, ESQUIRE
Fla. Bar No.: 327920
JOHN SCAROLA, ESQUIRE
Fla. Bar No.: 169440
Searcy Denney Scarola Barnhart & Shipley, P.A.
Attorneys for Plaintiff
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Telephone (561) 686-6300
Telecopier (561) 383-9451
Email:  rsb@searcylaw.com, _baker-barnesteam@searcylaw.com
       jsx@searcylaw.com, scarolateam@searcylaw.com