UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-80630-Civ-MATTHEWMAN

TIMMIE LEE KNOX, JR.,

      Plaintiff,

vs.

RIC BRADSHAW, in his capacity as Sheriff
of Palm Beach County, Florida, and DEPUTY
SHERIFF DUSTIN SULLIVAN, individually,

      Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Parties' Stipulation of Dismissal with Prejudice ("Joint Stipulation") [DE 30], which states that Plaintiff Timmie Lee Knox, Jr., ("Plaintiff") and Defendants, Ric Bradshaw, individually and in his capacity as Sheriff of Palm Beach County Florida, and Deputy Sheriff Dustin Sullivan, individually (collectively, "Defendants"), "pursuant to Rule 41 of the Federal Rules of Civil Procedure, file this their Stipulation of Dismissal with Prejudice, with each party to bear their own costs and attorneys' fees." The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      This action is **DISMISSED WITH PREJUDICE.**

2.      Each Party shall bear its own attorneys' fees and costs.

3.      The Clerk of Court is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida,

this 24th day of July 2024.

William Matthewman
United States Magistrate Judge